ACCEPTED
12-14-00226-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/6/2015 9:10:30 AM
CATHY LUSK
CLERK

**JOHN W. TUNNELL**
**Attorney at Law**
315 E. Frank Avenue
P.O. Box 414
Lufkin, Texas 75902
Phone: 936-699-3131
Facsimile: 936-699-2901
July 27, 2015

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

8/6/2015 9:10:30 AM

CATHY S. LUSK
Clerk

Cathy S. Lusk, Clerk of the Court
Court of Appeals, Twelfth Appellate District, State of Texas
1517 W. Front Street, Ste. 354
Tyler, Texas 75702

Re: 12-14-00226- CR , Jock Dominey v. State of Texas  –  Opinion and Judgment

Dear Ms. Lusk,

Please find the enclosed copy of the receipt for the certified mail green card in the above styled and numbered cause. If you have any questions or need any further information, please feel free to contact this office.

Sincerely,

Melanie Hartsfield
Secretary to John W. Tunnell



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WINNSBORO, TX 75494

$3.45

| | | |
|---|---|---|
| Postage | $ | $2.80 |
| Certified Fee | | $0.00 |
| | | $0.00 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| | | $0.71 |
| Total Postage & Fees | $ | $6.96 |

OFFICIAL USE

AUG 5 2015
Postmark Here
USPS

08/05/2015

Sent To  Jack Dominey #01981964
Street, Apt. No.; or PO Box No.  03 AIRPORT ROAD
City, State, ZIP+4  WINNSBORO, TX 75494

PS Form 3800, August 2006          See Reverse for Instructions